UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:10MJ226 |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES EDWARD JONES, JR. | ) | **ORDER DISMISSING COMPLAINT** |

Leave of Court is hereby granted for the dismissal of the Complaint and Amended Complaint in the above-captioned case without prejudice.

IT IS HEREBY ORDERED that the arrest warrant issued upon said Complaint and Amended Complaint is withdrawn.

The U.S. Marshal's Service is directed to withdraw any detainer based upon said arrest warrant that has been lodged with any custodial institution where the defendant is incarcerated.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal's Service, and the United States Attorney's Office.

Signed: August 5, 2011

David C. Keesler
United States Magistrate Judge